UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
Carl C. Eliacin,

                              Plaintiff,       **JUDGMENT**

    -against-                               Case No. 12-4223 (TLM)

Stephan Carr et al.,

                          Defendants,
----------------------------------------------------------- X

This case was tried to a jury on August 19, 20, 21, and 22, 2013. Pursuant to the jury verdict rendered this date, it is

**ORDERED** that judgment be and is hereby entered in favor of defendants Stephan Carr, Francesco Allevato, Joseph Hayward, and Daniel Trione, and against plaintiff Carl Eliacin, dismissing all of plaintiff's claims with prejudice.

**IT IS FURTHER ORDERED** that defendants' oral Rule 50 motion for judgment as a matter of law on plaintiff's claims made at the close of plaintiff's case on August 21, 2013 is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that plaintiff Carl Eliacin be and is hereby cast with the costs of this proceeding, pursuant to Fed. R. Civ. P. 54(d).

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

                                              /s/ Judge Tucker L. Melancon

                                              Tucker L. Melançon
                                              United States District Judge

August 22, 2013
Brooklyn, NY